THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terrence T.
 Wakefield, Appellant.
 
 
 

Appeal From Aiken County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-170
Submitted March 3, 2008  Filed March 12,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Terrence Wakefield appeals his guilty pleas to carjacking, failure to
 stop for a blue light, and failure to stop at the scene of an accident where
 there was property damage.  On appeal, Wakefield maintains his guilty pleas
 failed to conform with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969), because the plea court failed to adequately advise him of his
 constitutional rights.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Wakefields appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.